354

Keith M. ACKERSON, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7149.

United States Court of Appeals, Federal Circuit.

Jan. 25, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

**ON MOTION**

**ORDER**

Upon consideration of Keith M. Ackerson's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.